IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BIGELOW, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 04-1810 |
| | : | |
| GREG WINOKUR, | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 17th day of November, 2010, the judgment of this court entered in favor of Defendant and against Plaintiff on April 10, 2006 will not be vacated and remains the final Order of the Court in this case.

This case is marked **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.